UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UBS FINANCIAL SERVICES, INC. | CIVIL ACTION |
| v. | |
| ALITHIA BRODERICK, LOREEN PARKER, ELAIN VOSS AND PATRICK LEMINGER, DECEASED | NO. 16-2813 |
| | SECTION "N" (3) |

## ORDER AND REASONS

Local Rule 7.5E of the Eastern District of Louisiana requires that a memorandum in opposition to a motion be filed and that a copy be provided to the hearing judge eight days prior to the date set for the motion to submitted.  No memorandum in opposition to the following motion set for submission on October 12, 2016, has been filed to date:

**"LOREEN PARKER'S MOTION FOR SUMMARY JUDGMENT AND/OR ENTRY OF DEFAULT JUDGMENT" (Rec. Doc. 15)**

Accordingly, given that Alithia Broderick and Elain Voss have failed to make an appearance in this case or oppose the instant motion, **IT IS ORDERED** that the motion is hereby **GRANTED** in favor of Loreen Parker.

A motion for reconsideration of this Order, if any, must be filed within fourteen (14) days of the date this Order is entered by the Clerk of Court.  The motion must be accompanied by opposition memorandum to the original motion.  Because a motion for reconsideration would not have been necessary had a timely opposition memorandum been filed, the costs incurred in connection with the motion, including attorneys' fees, will be assessed against the party moving for reconsideration.  See Fed. R. Civ. P. 16, 83.  A statement of costs conforming to Local Rule 54.3 shall be submitted by all parties desiring to be awarded costs and attorneys' fees no later than eight days prior to the hearing of the motion for reconsideration.

New Orleans, Louisiana, this 3rd day of November 2016.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**